## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: ARNOLD & PHYLLIS PARKER**        **CASE NO: 20-12344**
        **DEBTORS**       **CHAPTER 7**

---

### RESPONSE TO MOTION TO CONVERT CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13

---

**COMES NOW** the Chapter 7 Trustee and files this Response and states as follows:

1. Debtors filed this Chapter 7 case on July 20, 2020. Debtors then filed their motion to convert the case to a Chapter 13 case.

2. Debtors have not provided any substance to their request to convert to a Chapter 13 case and have not filed any schedules making it impossible to determine if the request to convert is being done in good faith.

3. The Trustee requests the motion to convert be denied at least until further information is provided by the debtors to explain why the case was originally filed under Chapter 7 and why they now request it be converted to a case under Chapter 13. The Trustee also requests the motion be denied at least until the required schedules have been filed.

**WHEREFORE,** the Trustee prays that the motion be denied.

**RESPECTFULLY** submitted, this the 5th day of August, 2020.

                                                   /s/William L. Fava
                                                 WILLIAM L. FAVA (MSB# 101348)
                                                 Chapter 7 Trustee

P.O. Box 783
Southaven, MS 38671
(662) 536-1116